# EXHIBIT 2

# OFFICE OF POPULATION AFFAIRS

# GUIDANCE FOR PREPARING A <u>NON-COMPETING</u> CONTINUATION AWARD APPLICATION

*Teen Pregnancy Prevention (TPP) Program Recipients (AH-TP1-23-001)*



## Applications Due:
## April 15, 2025, 6:00 PM Eastern Time

*Updated March 2025*

Office of Population Affairs

GUIDANCE FOR PREPARING A <u>NON-COMPETING</u> CONTINUATION AWARD APPLICATION – TEEN PREGNANCY PREVENTION RECIPIENTS (TPP23 COHORTS)

Table of Contents

PART ONE: GENERAL INSTRUCTIONS……………………………………………………3
PART TWO: APPLICATION CONTENT ................................................................................... 4
   I.   REQUIRED FORMS ................................................................................................... 4
   II.   PROJECT NARRATIVE AND WORK PLAN FOR THE UPCOMING BUDGET YEAR ........ 4
   III.   BUDGET and BUDGET NARRATIVE GUIDANCE ............................................................ 7
      A.   OBJECT CLASS DESCRIPTIONS AND REQUIRED JUSTIFICATION ............................... 9
      B.   ESTIMATED UNOBLIGATED BALANCE ................................................................. 15
   IV.   APPENDICES ................................................................................................................ 15
      A.   PROGRAM MATERIALS ................................................................................................ 15
      B.   OTHER (AS APPLICABLE) ........................................................................................ 15
   V.   OTHER REQUIREMENTS ............................................................................................ 16
PART THREE: APPLICATION SUBMISSION THROUGH GRANTSOLUTIONS .......................... 16

PART ONE: GENERAL INSTRUCTIONS

Applicability

These instructions are applicable to Office of Population Affairs (OPA) Teen Pregnancy Prevention (TPP) Program recipients in the TPP23 grant cohort and provide guidance on the preparation and submission of your non-competing continuation (NCC) award application.

Purpose

Recipients are required to submit a non-competing continuation application, which serves as the recipient's official request to OPA for continued funding for the upcoming budget year.

The OPA *Guidance for Preparing a Non-Competing Continuation Award Application* prescribes the content, information, and requirements for the OPA NCC award application. This guidance should be used in conjunction with the Notice of Funding Opportunity (NOFO) under which the competing award was initially funded. The NOFO provides information and guidance for recipients for the entire project period.

**Ensure the application is complete, accurate, and responsive to this guidance prior to submission.** Detailed information on your progress in accomplishing goals and objectives, TPP performance measure data, and any other progress reporting should **not** be included in the NCC award application. This information should be included in your next progress report.

NCC award applications will be reviewed by the Office of the Assistant Secretary for Health (OASH), including the OPA Project Officer (PO) and the Grants and Acquisitions (GAM) Division Grants Management Specialist (GMS). The PO and GMS will review NCC award applications for the following:
- NOFO expectations are being met, to the extent aligned with Presidential Executive Orders (see Table 1);
- Budget and budget narrative is detailed, reasonable, adequate, cost efficient, and clearly aligned with the proposed work plan; and
- Compliance with grant terms and conditions.

The Grants Management Officer (GMO) will issue a notice of award (NoA) if funding has been approved for another budget period. The GMO or PO may contact individual recipients to address concerns or clarity in the NCC award application. Your application and any resulting award may be delayed pending adequate clarification. Your PO will also complete a technical review of your NCC award application to which you will have 30 days upon notification to provide a response to any items noted in the review. More instructions on this process will be provided upon receipt of the NoA.

Note that HHS awards are currently subject to 45 C.F.R. part 75, with the exception of a limited number of provisions in 2 C.F.R. part 200 became effective October 1, 2024, as noted in the Interim Final Rule describing the HHS bifurcated approach to transitioning to 2 C.F.R. part 200. The remaining provisions will become effective October 1, 2025 with HHS-specific material to be codified at 2 C.F.R. pat 300. Furthermore, the HHS Grants Policy Statement (GPS) has been updated effective October 1, 2024.

3

| Provisions effective October 1, 2024 ||
|---|---|
| **2 CFR part 200 citation** | **Replaces 45 CFR part 75 citation** |
| 2 CFR § 200.1. Definitions, *"Modified Total Direct Cost"* | 45 CFR § 75.2. Definitions, *"Modified Total Direct Cost"* |
| 2 CFR § 200.1. Definitions, *"Equipment"* | 45 CFR § 75.2. Definitions, *"Equipment"* |
| 2 CFR § 200.1. Definitions, *"Supplies"* | 45 CFR § 75.2. Definitions, *"Supplies"* |
| 2 CFR § 200.313(e). Equipment, *Disposition* | 45 CFR § 75.320(e). Equipment, *Disposition* |
| 2 CFR § 200.314(a). Supplies | 45 CFR § 75.321(a). Supplies |
| 2 CFR § 200.320. Procurement methods | 45 CFR § 75.329. Procurement procedures |
| 2 CFR § 200.333. Fixed amount subawards | 45 CFR § 75.353. Fixed amount subawards |
| 2 CFR § 200.344. Closeout | 45 CFR § 75.381. Closeout |
| 2 CFR § 200.414(f). Indirect costs, *De Minimis Rate* | 45 CFR § 75.414(f). Indirect (F&A) costs, (f) |
| 2 CFR § 200.501. Audit requirements | 45 CFR § 75.501. Audit requirements |

Citations below have been updated to reflect the effective changes.

**PART TWO: APPLICATION CONTENT**

The NCC award application should only include:
  I.   Required OASH forms,
 II.   Project narrative and work plan for the upcoming budget year,
III.   Detailed budget and a budget narrative for the upcoming budget year, and
IV.   Appendices
         A. Program Materials
         B. Other (as applicable)

**I.     REQUIRED FORMS**

Below is the list of required forms that recipients must submit within this section of the NCC application. All forms can be found in the NCC applications kit at GrantSolutions.gov.

- SF-424 – Application for Federal Assistance
- SF-424A – Budget Information Non-Construction Program
- SF-424B, Assurances Non-Construction Program
- SF-LLL – Disclosure of Lobbying Activities


**II.     PROJECT NARRATIVE AND WORK PLAN FOR THE UPCOMING BUDGET YEAR**

Recipients are expected to review and be aware of current Presidential Executive Orders. Recipients are encouraged to revise their projects, as necessary, to demonstrate that the NCC award application is aligned with current Executive Orders. Recipients should review and be aware of all current Presidential Executive Orders; however, the following may be of most relevance to the work of the TPP program:

- [Executive Order 14168](#) *Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*
- [Executive Order 14190](#) *Ending Radical Indoctrination in K-12 Schooling*
- [Executive Order 14187](#) *Protecting Children From Chemical and Surgical Mutilation*
- [Executive Order 14151](#) *Ending Radical and Wasteful Government DEI Programs and Preferencing*
- [Executive Order 14173](#) *Ending Illegal Discrimination and Restoring Merit-Based Opportunity*

**Project Narrative**

Successful applications will include the following information in the project narrative:

1. Description of changes made to align with Executive Orders, if applicable
2. Summary of proposed changes in scope
3. Findings from needs and resource assessment

*Description of Changes Made to Align with Executive Orders*

Provide information on the changes made by the recipient to align the TPP project with Presidential Executive Orders, if applicable, including the steps taken to review the project and identify the modifications proposed. Examples of changes that recipients may make to align their projects include, but are not limited to, selecting a different evidence-based program for implementation, making adaptations to existing curriculum, and updating policies, staffing, and training, etc.

*Summary of Changes in Scope*

Provide a *brief* summary of any proposed substantial changes to the project work plan from the previous budget year, including any proposed changes in scope to align the project with Presidential Executive Orders, such as change in geographic location, change in population of focus, bringing on or parting ways with major partners, etc.

Changes in scope from the currently approved project should be clearly highlighted in your work plan and justified in your application. See [HHS Grants Policy Statement](#) for explanation of change of scope.

*Findings from Needs & Resource Assessment*

Provide a short summary of the most recent community needs and resource assessment. It is expected that the summary will include a brief description of the assessment process, major findings (e.g., identified needs and resources available), and brief paragraph about how the information has been used to guide the development of the work plan.

**Work Plan**

The main component of this section is the work plan for the upcoming budget year. The work plan should address the expectations outlined in the original NOFO, to the extent aligned with Presidential Executive Orders. [Table 1](#) provides updated information on which NOFO expectations it is expected recipients will focus on through their projects.  The recipient is expected to clearly indicate in the work plan any changes made to align their project with Executive Orders and/or any substantial changes that would be considered a change in scope. This may be done in whatever manner easiest to identify changes (e.g., use of track changes, highlighting content, etc.). The work plan should include long-term

goals that span the life of the project, as well as the objectives and activities that will be completed during the upcoming budget period to assist in achieving the long-term goals. The work plan should also clearly demonstrate that the needs identified in the most recent needs assessment are being addressed.

<u>Goal(s)</u>
A goal is a broad statement that describes the purpose of your project and the expected long-term impact you hope to achieve as a result of your project. OPA recommends focusing on 1-2 goals for your project.

<u>Objectives</u>
An objective is a statement describing the results to be achieved and the manner in which these results will be achieved. All objectives should be SMART (specific, measurable, achievable, realistic, and timely).

For each objective:
- Provide a rationale for the objective that includes the corresponding NOFO expectation(s) the objective is aligned with (see Table 1 for a consolidated list);
- List the activities that will be implemented to accomplish the objective;
- Provide a specific timeline, including specific dates, for accomplishing each activity;
- Identify the person/agency responsible for completing each activity; and
- Identify how you will assess the achievement of the activity.

While recipients may have as many objectives as necessary to accomplish the long-term goal(s) of the project, they should carefully review and streamline their work plan objectives. For example, recipients should carefully review objectives to identify any that may be duplicative or may be combined, any that would be better listed as activities under another objective; and any that are no longer necessary.

OPA understands that recipients may include objectives that do not directly address a specific NOFO expectation. However, OPA anticipates that each expectation noted in Table 1 align with at least one work plan objective. Please note that if the work plan does not already include an objective and corresponding activities for one or more of the OPA expectations, OPA expects that you will create a new objective with corresponding activities for that expectation. As a reminder, Table 1 outlines the updated NOFO expectations to demonstrate alignment with Presidential Executive Orders.

<u>Activities</u>
For each objective, the work plan should include the activities that are <u>most critical</u> to accomplishing the objective in the upcoming budget period. OPA asks that recipients focus activities on those that are most critical and refrain from including activities that may be important but are less critical to report to OPA (e.g., reviewing newsletters from national organizations, attending information sharing meetings).

**Table 1 – Overall OPA Expectations for TPP23 Grantees**

| TPP23 Tier 1 Expectations* |
|---|
| 1. Project Management |
| 2. Focus on Areas of Greatest Need |

> 3. Replicate to Scale Evidence-Based Teen Pregnancy Prevention Programs with Fidelity and Quality
> 4. Adolescent Friendly Supportive Services
> 5. Materials Review
> 6. Meaningful Youth Engagement
> 7. Parent/Caregiver Engagement
> 8. Overall Community Engagement
> 9. Monitor and Improve
>
> *Updated guidance on NOFO expectations can be found on Connect. Updates reflect alignment with Presidential Executive Orders.*

### III. BUDGET and BUDGET NARRATIVE GUIDANCE

A complete budget package consists of the required standard form "Budget Information Non-Construction" (SF-424A) and a budget narrative with detailed justification. You should include supporting documentation for your budget (e.g., a copy of your approved indirect cost rate) as part of the budget package, not as part of your appendices.

#### 1. Standard Form SF-424A

You must enter the project budget according to the directions provided with the standard form.

You must provide costs by object class category for the first 12 months (i.e., first budget period) of the proposed project using Section B, box 6 of SF-424A. If the estimated period of performance is 12 months or less, this will be your total budget request for the entire project.

"Federal resources" refers only to the funds for which you are applying under this NOFO. "Non-federal resources" are all other resources (federal and non-federal).

Do not include costs beyond the first budget period in the object class budget in box 6 of SF-424A or box 18 of SF-424. The amounts entered in these sections should only reflect the first budget period.

If there is a discrepancy between your SF-424A and budget narrative and justification, we will rely on the narrative and justification to determine the final amounts.

#### 2. Budget Narrative and Justification

Your budget narrative must include a detailed line-item budget and must include calculations for all costs and activities by the "object class categories" identified on SF-424A. You must provide a detailed justification for the costs by object class. The object class budget organizes your proposed costs into a set of defined categories.

Your budget narrative should justify the overall cost of the project as well as the proposed cost per activity, service delivered, and/or product. For example, the budget narrative should define the amount of work you have planned and expect to perform, what it will cost, and an explanation of how the result is cost effective. If you are proposing to provide services to clients, you should describe how many clients you expect to serve, the unit cost of serving each client, and how this is cost effective.

Proposed costs must adhere to the cost principles described in 45 C.F.R. §§75.400-75.477. We have provided additional information on the most common cost categories for applications for OASH awards below.

Budget calculations must include estimation methods, quantities, unit costs, and other similar quantitative detail sufficient to verify the calculations. Carefully review the NOFO (Section D.7 Funding Restrictions) for specific information regarding allowable, unallowable, and restricted costs.

For each proposed cost for the requested budget period, provide a budget justification, which includes explanatory text and line-item detail. The budget narrative should describe how you derived the categorical costs. Discuss the necessity and reasonableness of the proposed costs you propose.

For categories or items that differ significantly from the previous budget period, provide a detailed justification explaining these changes. Funding for all approved budget periods after the first is generally the same as the initial award amount subject to offset with funds unused in the previous budget period.

### Preparing the Budget Narrative

Use the guidelines below for preparing the detailed object class budget. We recommend you present budget amounts and computations in a columnar format: first column, object class categories; second column, federal funds requested; third column, non-federal resources; and last column, total budget.

Sample Budget Table

| Object Class | Federal Funds Requested | Non-federal Resources | Total Budget |
|---|---|---|---|
| Personnel | $100,000 | $25,000 | $125,000 |

### Describing Federal and Non-federal Share

Both federal and non-federal resources (if applicable) must be detailed and justified in the budget narrative. "Federal resources" refers only to the HHS/OASH funds for which you are applying under this NOFO. "Non-federal resources" are all other non-HHS/OASH federal and non-federal resources.

If matching or cost sharing is required or offered voluntarily, you must include a detailed listing of any funding sources identified in box 18 of SF-424 (Application for Federal Assistance).

### Selecting an Indirect Cost Method

You must state the method you are selecting for your indirect cost rate. See Indirect Costs (Section J.4) for further information about the methods.

If you are providing in-kind contributions of any type or value, including costs otherwise covered by your indirect cost rate, you must identify those costs, and you should, as appropriate, include the value of the in-kind contribution as proposed cost-sharing (voluntary or required) (45 C.F.R. § 75.306).

If you are using a negotiated indirect cost rate, you may submit a copy of your negotiated agreement with your budget narrative. We may require a copy of your agreement prior to making any award to you.

Subrecipient and consultant activities must be described in sufficient detail to describe accurately the project activities that each will conduct.

All subrecipient and consultant detailed costs should be included on their respective line items and not broken out in the overall project object class line items. For example, contractor travel should be included in the Contractual line item not in Travel. See Section J.4 for more information.

A. **OBJECT CLASS DESCRIPTIONS AND REQUIRED JUSTIFICATION**

**Personnel**

*Description*

Includes costs of employee salaries and wages, excluding benefits.

Does NOT include consultants, subrecipient personnel costs, personnel costs outside of your organization. 45 C.F.R. § 75.459.

*Justification*

Clearly identify the PD/PI, if known. Provide a separate table for personnel costs detailing for each proposed staff person: the title; full name (if known at time of application), time commitment to the project as a percentage or full-time equivalent: annual salary and/or annual wage rate; federally funded award salary; non-federal award salary, if applicable; and total salary.

No salary rate may exceed the statutory limitation in effect at the time you submit your application (see E.2.c.2).

| Sample Personnel Table | | | | | |
|---|---|---|---|---|---|
| Position Title and Full Name | Percent Time | Annual Salary | Federally-Funded Salary | Non-Federal Salary | Total Project Salary |
| Project Director, John K. Doe | 50% | $100,000 | $50,000 | $0 | $50,000 |
| Data Assistant, Susan R. Smith | 10% | $30,000 | | $3,000 | $3,000 |

**Fringe Benefits**

*Description*

Includes costs of personnel fringe benefits, unless treated as part of an approved indirect cost rate.

*Justification*

9

Provide a breakdown of the amounts and percentages that comprise fringe benefit costs such as health insurance, Federal Insurance Contributions Act (FICA) taxes, retirement insurance, and taxes.

**Travel**

*Description*

Includes costs of travel by staff of the applicant organization only.

Does NOT include travel costs for subrecipients or contractors under this object class.

*Justification*

For each trip proposed for your organization employees only, show the date of the proposed travel, total number of traveler(s); travel destination; duration of trip; per diem; mileage allowances, if privately owned vehicles will be used; and other transportation costs and subsistence allowances.

**Equipment**

*Description*

Includes tangible personal property (including information technology systems) having a useful life of more than one year and a per-unit acquisition cost that equals or exceeds the lesser of the capitalization level established by the recipient or subrecipient for financial statement purposes, or $10,000 ((2 C.F.R. § 200.1 and § 200.313(e)).

Acquisition cost means the cost of the asset including the cost to ready the asset for its intended use. Acquisition cost for equipment, for example, means the net invoice price of the equipment, including the cost of any modifications, attachments, accessories, or auxiliary apparatus necessary to make it usable for the purpose for which it is acquired. Acquisition costs for software includes those development costs capitalized in accordance with generally accepted accounting principles (GAAP). Ancillary charges, such as taxes, duty, protective in transit insurance, freight, and installation may be included in or excluded from the acquisition cost in accordance with the non- Federal entity's regular accounting practices.  See 45 C.F.R. § 75.2 for additional information.

*Justification*

For each type of equipment requested you must provide a description of the equipment; the cost per unit; the number of units; the total cost; and a plan for use of the equipment in the project; AND a plan for the use, and/or disposal of, the equipment after the project ends.

If your organization uses its own definition for equipment you should include in the budget narrative a copy of the policy, or section of your policy, that includes the equipment definition. Reference the policy in your justification. Do not include this policy in your appendices.

**Supplies**

*Description*

Includes costs of all tangible personal property other than those included under the Equipment category. This includes office and other consumable supplies with a per-unit cost of less than $10,000 (2 C.F.R. § 200.1).

*Justification*

Specify general categories of supplies and their costs. Show computations and provide other information that supports the amount requested.

**Contractual**

*Description*

Includes costs of all contracts or subawards for services and goods <u>except for</u> those that belong under other categories such as equipment, supplies, construction, etc.

Include third-party evaluation contracts, if applicable, and contracts or subawards with subrecipient organizations (<u>with budget detail</u>), including delegate agencies and specific project(s) and/or businesses to be financed by the applicant.

<u>This line item is not for individual consultants</u>.

*Justification*

Demonstrate that all procurement transactions will be conducted in a manner to provide, to the maximum extent practical, open, and free competition. Recipients and subrecipients are required to use 45 C.F.R. § 75.329 procedures and must justify any anticipated procurement action that is expected to be awarded without competition and exceeds the simplified acquisition threshold fixed by FAR 2.101 and currently set at $250,000. In some cases, OASH may require recipients make pre-award review and procurement documents, such as requests for proposals or invitations for bids, independent cost estimates, etc., available. Any proposal for awarding fixed amount subawards is subject to 2 C.F.R. § 200.333 and will require detailed justification to support the fixed award amount.

Transferring a substantive part of the project effort to another entity (including non-employee individuals) through contract or other mechanism requires a detailed budget and budget narrative for each subrecipient, by title or name, along with the same supporting information referred to in these instructions. If you plan to select the subrecipients post-award and a detailed budget is not available at the time of application, you must provide information on the nature of the work to be transferred, the estimated costs, and the process for selecting the subrecipient.

**Other**

*Description*

Includes such costs as, where applicable and appropriate,

- consultants;
- insurance;
- professional services (including audit charges);
- space and equipment rent;
- printing and publication;
- training, such as tuition and stipends;
- participant support costs including incentives,
- staff development costs; and
- any other costs not addressed elsewhere in the budget.

Do not include costs covered by your negotiated indirect cost rate.

*Justification*

Provide computations, a narrative description, and a justification for each cost under this category.

**Indirect Costs**

*Description*

Calculate your indirect costs based on a percentage of your modified total direct costs (MTDC)(2 C.F.R. § 200.1).

There are two methods. You must clearly identify the rate you used in your submitted budget.

Negotiated Indirect Cost Rate

If you have an approved negotiated indirect cost rate from the Department of Health and Human Services (HHS) or another cognizant federal agency, you should apply that negotiated rate. You should enclose a copy of the current approved rate agreement in your Budget package file.

If you request a rate that is less than allowed, your authorized representative must submit a signed acknowledgement that you are accepting a lower rate than allowed. This should be an explicit statement that you are accepting a lower rate than is allowed and specify what the lower rate is.

De minimis Rate (2 C.F.R. § 200.414(f))

If you do not have a current Federal negotiated indirect cost rate (including provisional rate) you "may elect to charge a de minimis rate of up to 15 percent of modified total direct costs (MTDC)." (2 C.F.R. § 200.414(f).) You may "determine the appropriate rate up to this limit. . . When applying the de minimis rate, costs must be consistently charged as either direct or indirect costs and may not be double charged or inconsistently charged as both." (2 C.F.R. § 200.414(f).) If

12

you elect to use the de minimis rate, you must use the de minimis rate for all Federal awards until you choose to receive a negotiated rate.

Indirect costs for training are limited to a fixed rate of eight percent of MTDC exclusive of tuition and related fees, direct expenditures for equipment, and subawards in excess of $50,000 (45 C.F.R. § 75.414 (c)(1)(i)).

Modified Total Direct Cost (MTDC) means all direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and up to the first $50,000 of each subaward (regardless of the period of performance of the subawards under the award). MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs, and the portion of each subaward in excess of $50,000. Other items may only be excluded when necessary to avoid a serious inequity in the distribution of indirect costs, and with the approval of the cognizant agency for indirect costs (2 C.F.R. § 200.1).

### *Justification*

Provide the calculation for your indirect costs total, i.e., show each line item included in the base, the total of these lines, and the application of the indirect rate. If you have multiple approved rates, indicate which rate as described in your approved agreement is being applied and why that rate is being used. For example, if you have both on-campus and off-campus rates, identify which is being used and why.

## **Program Income**

### *Description*

Program income means gross income earned by your organization that is directly generated by an awarded project except as provided in 45 C.F.R. § 75.307(f). Program income includes but is not limited to income from fees for services performed or the use or rental of real or personal property acquired under the award.

Interest earned on advances of Federal funds is not program income. Except as otherwise provided in Federal statutes, regulations, or the terms and conditions of the Federal award, program income does not include rebates, credits, discounts, and interest earned on any of them. See also 45 C.F.R. § 75.307 and 35 U.S.C. §§ 200-212 (applies to inventions made under Federal awards).

### *Justification*

Describe and estimate the sources and amounts of program income that this project may generate. All program income generated as a result of awarded funds must be used within the scope of the approved project-related activities.

Any program income earned must be used under the addition or additive method unless otherwise specified in Section C.2. These funds should not be added to your budget, unless you are using the funds as cost sharing or matching, if applicable. This amount should be reflected in box 7 of the SF-424A.

**Non-Federal Resources (Cost Share or Match)**

*Description*

Amounts of non-federal resources that will be used to support the project as identified in box 18 of the SF-424. For all federal awards, any shared costs or matching funds and all contributions, including cash and third-party in-kind contributions, must be accepted as part of the recipient's cost sharing or matching when such contributions meet all of the criteria listed in 45 C.F.R. § 75.306.

For awards that require matching by statute, you will be held accountable for projected commitments of non-federal resources in your application budgets and budget justifications by budget period even if the justification exceeds the amount required.

For awards resulting from an application where you voluntarily propose cost sharing, we will include this voluntary cost sharing in the approved project budget and you will be held accountable for it as shown in the Notice of Award (NOA).

Failure to meet a cost sharing or matching obligation that is part of the approved project budget on the NOA may result in the disallowance of federal funds.

If you are funded, you must report cost sharing or matching funds on your quarterly Federal Financial Reports.

*Justification*

You must provide detailed budget information in your budget narrative (not your appendices) for every funding source identified in box 18. "Estimated Funding ($)" on the SF-424.
You must fully identify and document the specific costs or contributions you propose as part of your required or voluntary cost sharing requirement. You must provide documentation in your application on the sources of funding or contribution(s).
For in-kind contributions, you must include how the stated valuation was determined. Matching or cost sharing must be documented by budget period.
Unrecovered indirect costs may be included as part of your cost sharing or matching only with prior approval of the grants management officer. Your budget narrative must clearly state that it is your intent to include unrecovered indirect costs as part of your cost sharing or matching. You should include in your budget narrative a copy of your negotiated cost rate to support the justification. Unrecovered indirect cost means the difference between the amount charged to the Federal award and the amount which could have been charged to the Federal award under your approved negotiated indirect cost rate. (See 45 C.F.R. § 75.306(c)).

If your application does not include the required supporting documentation for cost-sharing or matching, review of the application and any award that may result may be delayed.

B. **ESTIMATED UNOBLIGATED BALANCE**

**You must provide an estimated unobligated balance as of June 30, 2025**, separate from your proposed budget at the amount provided by in this guidance. The reported unobligated balance should not include any unliquidated expense associated with the current budget period. The reported estimated unobligated balance remaining at the end of the current budget period may be used as carryover or offset by the federal government. An offset is the use of the unobligated funds to fund a future budget period partially or fully. It is best practice to explain why an unobligated balance exists.

If you do not provide an estimated unobligated balance with your application, we may calculate an estimate based on your cash drawdown history for the award.

If you are requesting the carryover of an unobligated balance along with your continuation budget, you must:
- Explain the reason the unobligated balance exists, including any activities that were not completed during the budget period.
- Indicate how you will separately use the unobligated funds to complete activities necessary for project completion.
- Provide a separate and revised budget and budget narrative for these funds; and
- Indicate the impact on the project if the funds are used to offset funding rather than add to funding.

The detailed budget and budget narrative should be uploaded in the Budget Narrative section of the application kit in GrantSolutions.

IV. APPENDICES

A. **PROGRAM MATERIALS**

As part of the NCC award application, recipients are expected to submit program materials to OPA for review. Recipients are expected to align program materials with Presidential Executive Orders. Program materials can be uploaded in as an appendix in Grant Solutions. If unable to upload documentation in Grant Solutions, please contact your Project Officer and Grants Management Specialist to discuss alternative options for submitting materials.

B. **OTHER (AS APPLICABLE)**

Supporting documents that add value or clarity to the information presented in the work plan should be included in the appendices of your continuation application. Recipients should revisit their logic models for alignment with the work plan proposed for the upcoming budget year. A revised logic model should be included as an appendix. Materials included in the appendices should present information clearly and succinctly. Extensive appendices are not required.

V.     OTHER REQUIREMENTS

Federal Financial Report (SF – 425) (FFR)
Ensure you have submitted and your Grants Management Specialist has accepted your latest required FFR. Check the Federal Financial Report Cycle on your NOA for due dates.

Special Terms or Conditions
Ensure you have completed requirements for any special terms or conditions placed on your award during the project period.

Other Awards
If you have other awards with OASH or elsewhere in HHS, ensure you have met the terms and conditions and reporting requirements of those awards. Awards may be delayed until overdue progress reports, financial reports, or closeout documentation have been received.

**PART THREE: APPLICATION SUBMISSION THROUGH GRANTSOLUTIONS**

You must submit the non-competing continuation application electronically via GrantSolutions.gov.

Any applications submitted via hard copy or any other means of electronic communication, including facsimile or electronic mail, will <u>not</u> be accepted for review.

You should submit your application as soon as possible but no later than **April 15, 2024**.  Recipients are encouraged to initiate electronic applications early in the application development process, and to submit early on or before the due date. You should ensure your application is complete, accurate, and responsive to this guidance.

You may find your non-competing continuation application kit in GrantSolutions.gov.  The application kit includes the following pre-determined fields:

- **Grantee NCC Guidance**
- **GrantSolutions Forms**
    - SF-424 – Application for Federal Assistance
    - SF-424A – Budget Information Non-Construction Program
    - SF-LLL – Disclosure of Lobbying Activities
- **Project Narrative**
    - Project Narrative – upload the project narrative **and** work plan for the upcoming budget year
    - Budget Narrative – upload the (1) detailed budget and budget narrative for the upcoming budget year, (2) estimated unobligated balance through June 30, 2024, and (3) carry over request (if applicable)

16

- **Additional Information to be Submitted (Appendix)** – upload the updated logic model, if applicable, and any additional documents needed to support the non-competing continuation application

Submitted non-competing continuation applications must contain all online forms, the program narrative (work plan), and the budget narrative (detailed budget and budget narrative) to be considered complete. Applications will not be considered valid until all application components are received.

Upon completion of a successful electronic application submission, the GrantSolutions system will provide you with a confirmation page indicating the date and time (Eastern Standard Time) of the electronic application submission. This confirmation page will also provide a listing of all items that constitute the final application submission. As items are received by the OASH Grants and Acquisitions Management Division, the electronic non-competing application status will be updated to reflect receipt of the items. Recipients should monitor the status of their application in GrantSolutions to ensure all items are received.

If you encounter any difficulties submitting your NCC application through GrantSolutions.gov, please contact the GrantSolutions helpdesk at (866) 577-0771 or help@grantsolutions.gov prior to the submission deadline. If you need further information, contact your GMS. For programmatic information, please contact your PO.