**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

PLANNED PARENTHOOD OF GREATER NEW
YORK, et al.

             *Plaintiffs*,

      v.

U.S. DEPARTMENT OF HEALTH AND HUMAN
SERVICES, et al.

             *Defendants*.

No. 25-cv-1334 (TJK)

---

## JOINT SCHEDULING PROPOSAL

Pursuant to the Court's Order of May 13, 2025, the parties jointly submit the below proposed briefing schedule for Plaintiffs' motion for preliminary injunction (ECF 8).

1.      On May 1, 2025, Plaintiffs brought this action seeking declaratory and injunctive relief related to alleged new Executive Order alignment requirements for fiscal year 2025 non-competing continuation applications for the Teen Pregnancy Prevention Program. ECF 1. On May 12, 2025, Plaintiffs filed a motion for preliminary injunction. ECF 8.

2.      Pursuant to the Court's May 13, 2025 Order, the parties have met and conferred, and respectfully propose the following briefing schedule for the motion for preliminary injunction:

- Defendants shall file their response to Plaintiffs' motion by **May 28, 2025**.

- Plaintiffs shall file their reply by **June 3, 2025**.

- The parties will be available for a hearing on the motion on **June 4, 2025**; **June 10, 2025**; or whatever following date the Court shall order.

- Defendants' obligation to answer or otherwise respond to Plaintiffs' complaint will be stayed pending disposition of Plaintiffs' motion for preliminary injunction.

3.      Because the current Teen Pregnancy Prevention Program funding cycle ends June 30, 2025, Plaintiffs respectfully request a ruling on their motion for preliminary injunction by June 15, 2025, to allow sufficient time for the agency to process revised non-competing continuation applications before the end of June. Defendants disagree that a ruling is necessary by June 15 but enter into this agreement to facilitate orderly resolution of Plaintiffs' motion. In addition, undersigned counsel for Defendants will be out of the office and traveling internationally from June 5 through June 9.

WHEREFORE, the parties respectfully request that the Court enter the above-outlined briefing schedule and stay Defendants' obligation to answer the complaint pending disposition of the motion for preliminary injunction.


Dated: May 15, 2025                          Respectfully submitted,

YAAKOV M. ROTH                      By:    /s/ Andrew Tutt
Acting Assistant Attorney General            Drew A. Harker (DC Bar # 412527)
Civil Division                               Andrew T. Tutt (DC Bar # 1026916)
                                             Daniel Yablon (DC Bar # 90022490)
MICHELLE R. BENNETT                   ARNOLD & PORTER KAYE SCHOLER LLP
Assistant Director                           601 Massachusetts Avenue, NW
Federal Programs Branch                      Washington, DC 20001
                                             (202) 942-5000
/s/ Bradley P. Humphreys                     draw.harker@arnoldporter.com
BRADLEY P. HUMPHREYS                   andrew.tutt@arnoldporter.com
Senior Trial Counsel                         daniel.yablon@arnoldporter.com
Federal Programs Branch
Civil Division, Department of Justice         Emily Nestler (DC Bar # 973886)
1100 L Street, NW                            PLANNED PARENTHOOD FEDERATION OF
Washington, DC 20005                          AMERICA
Telephone: (202) 305-0878                    1100 Vermont Avenue NW
Bradley.Humphreys@usdoj.gov                  Washington, DC 20005
                                             (202) 973-4800
Counsel for Defendants                       emily.nestler@ppfa.org

Valentina De Fex**
Kyla Eastling **
PLANNED PARENTHOOD FEDERATION OF
AMERICA
123 William Street, Floor 9
New York, NY 10038
valentina.defex@ppfa.org
kyla.eastling@ppfa.org

*Attorneys for Plaintiffs*

** *pro hac vice forthcoming*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2025, the foregoing joint scheduling proposal was served via ECF to all counsel of record.

/s/ Andrew Tutt
Andrew Tutt

*Counsel for Plaintiffs*