IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PLANNED PARENTHOOD OF GREATER NEW YORK, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-01334-TJK |

**NOTICE OF CLARIFICATION OF THE RECORD ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Defendants respectfully submit this notice regarding Plaintiffs' motion for preliminary injunction to clarify a potential ambiguity in the record before the Court. As shown by the attached exhibits, Planned Parenthood of Greater New York; Planned Parenthood Great Northwest, Hawai'i, Alaska, Indiana and Kentucky; Planned Parenthood of the Heartland, Inc.; and Planned Parenthood California Central Coast all submitted the required SF-424B with their applications for continued funding, subject to the clarifications provided in their applications. *See* Exhibits A–D (attached); *see also* Reply in Supp. of Pls.' Mot. for Prelim. Inj. at 4, ECF No. 20 (citing declarations). No further certification is required for Plaintiffs' applications to be considered, or for continuation funding to be distributed if Plaintiffs' applications are approved.

Dated: June 11, 2025

Respectfully submitted,

BRETT A. SCHUMATE
Assistant Attorney General
Civil Division

MICHELLE R. BENNETT
Assistant Director, Federal Programs Branch

*/s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS
(D.C. Bar No. 988057)
Senior Trial Counsel
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-0878
Bradley.Humphreys@usdoj.gov

*Counsel for Defendants*