# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PLANNED PARENTHOOD OF GREATER NEW YORK et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES et al., <br><br> *Defendants*. | Civil Action No. 25-1334 (TJK) |

## ORDER

For the reasons set forth in the Court's accompanying Memorandum Opinion, it is hereby **ORDERED** that Plaintiffs' Motion for Preliminary Injunction, ECF No. 8, is **DENIED WITHOUT PREJUDICE**. It is further **ORDERED** that the parties shall meet, confer, and jointly propose, by July 2, 2025, an expedited briefing schedule for future proceedings that allows the Court to resolve the merits by August 31, 2025, or a later date until which HHS agrees to hold funds for Plaintiffs' TPP projects in obligation for them.

**SO ORDERED.**

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: June 26, 2025