IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PLANNED PARENTHOOD OF GREATER NEW YORK, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.<br><br>*Defendants*. | No. 25-cv-1334 (TJK) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), all Plaintiffs hereby notice their voluntary dismissal of this action without prejudice. The parties have also filed a joint stipulation dismissing Plaintiffs' appeal in the D.C. Circuit.

Dated: July 11, 2025                                  Respectfully submitted,

By:     */s/* Andrew Tutt
        Drew A. Harker (DC Bar # 412527)
        Andrew T. Tutt (DC Bar # 1026916)
        Daniel Yablon (DC Bar # 90022490)
        ARNOLD & PORTER KAYE SCHOLER LLP
        601 Massachusetts Avenue, NW
        Washington, DC 20001
        (202) 942-5000
        draw.harker@arnoldporter.com
        andrew.tutt@arnoldporter.com
        daniel.yablon@arnoldporter.com

        Emily Nestler (DC Bar # 973886)
        PLANNED PARENTHOOD FEDERATION OF AMERICA
        1100 Vermont Avenue NW
        Washington, DC 20005
        (202) 973-4800
        emily.nestler@ppfa.org

        Valentina De Fex *(pro hac vice)*
        Kyla Eastling *(pro hac vice)*
        PLANNED PARENTHOOD FEDERATION OF AMERICA
        123 William Street, Floor 9
        New York, NY 10038
        valentina.defex@ppfa.org
        kyla.eastling@ppfa.org

        *Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on July 11, 2025, the foregoing document was served via ECF to all counsel of record.

                                                      */s/ Andrew Tutt*
                                                      Andrew Tutt

                                                      *Counsel for Plaintiffs*