IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PLANNED PARENTHOOD OF GREATER NEW YORK, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-01334-TJK |

**NOTICE OF MOTION FOR TRANSFER OF CASE
PURSUANT TO LOCAL RULE 40.5(c)**

Defendants hereby give notice that they have moved for a transfer of *Planned Parenthood of Greater New York v. U.S. Dep't of Health & Human Servs.*, Case No. 1:25-cv-02453, to the Calendar and Case Management Committee as set forth in Local Rule 40.5(c). ECF No. 19. Defendants filed a notice of related case between this matter and Case No. 25-cv-02453 on July 29, 2025. ECF No. 36.

Dated: August 11, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MICHELLE R. BENNETT
Assistant Director, Federal Programs Branch

*/s/ Michael J. Gerardi*
MICHAEL J. GERARDI
(D.C. Bar No. 1017949)
Senior Trial Counsel
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street NW

Washington, DC 20005
Telephone: (202) 616-0680
Michael.J.Gerardi@usdoj.gov

*Counsel for Defendants*